Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :     1:06-md-1789 (JFK)
                                                :
-------------------------------------------------x
*This Document Relates to:*                     :     **NOTICE OF APPEARANCE**
Joan P. Kutcher                                 :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:07-cv-11221-JFK                      :
-------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: February 11, 2008
      New York, New York      Respectfully submitted,


                By:   /s/
                 David J. Heubeck


                 Venable LLP
                 Two Hopkins Plaza, Suite 1800
                 Baltimore, Maryland 21201
                 Tel:  (410) 244-7400
                 Fax:  (410) 244-7742

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                /s/
             David J. Heubeck

             Venable LLP
             Two Hopkins Plaza, Suite 1800
             Baltimore, Maryland 21201
             Tel: (410) 244-7400
             Fax: (410) 244-7742